**FILED**
CLERK, U.S. DISTRICT COURT

05/29/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20- 2:20-cr-00209-PSG |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1992(a)(1): Terrorist Attacks and other Violence against Railroad Carriers and Mass Transportation Systems] |
| EDUARDO MORENO, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1992(a)(1)]

On or about March 31, 2020, in Los Angeles County, within the Central District of California, defendant EDUARDO MORENO knowingly and without lawful authority and permission, wrecked, derailed, and disabled railroad on-track equipment, namely a train, locomotive, tender, motor unit, freight car, and other on-track equipment, used, operated, and employed by Pacific Harbor Line, Inc., a railroad carrier engaged in interstate and

///

///

///

///

foreign commerce.  The conduct required for this offense was engaged in, on, and against, and affected, Pacific Harbor Line, Inc.

>NICOLA T. HANNA
>United States Attorney
>
>CHRISTOPHER D. GRIGG
>Assistant United States Attorney
>Chief, National Security Division
>
>ANNAMARTINE SALICK
>Assistant United States Attorney
>Chief, Terrorism and Export
>Crimes Section
>
>REEMA M. EL-AMAMY
>CHRISTINE M. RO
>WILLIAM M. ROLLINS
>Assistant United States Attorneys
>Terrorism and Export Crimes
>Section